UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD W. HOUSTON,

                    Plaintiff,

          -against-                                    26 CIVIL 001845 (GBD)

HUDSON VALLEY CREDIT UNION, NOW              CIVIL JUDGMENT
KNOWN AS HUDSON VALLEY FEDERAL
CREDIT UNION; JOHN DOE.,

                    Defendants.

 

For the reasons stated in the May 11, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    May 12, 2026
          New York, New York


                                        /s/ George B. Daniels
                                     _____
                                        GEORGE B. DANIELS
                                     United States District Judge